# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY WALLS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-13-0727-F ) |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff Tammy Walls brings this action seeking judicial review pursuant to 42 U.S.C. §405(g) of the final decision of the defendant Commissioner denying plaintiff's applications for disability insurance and supplemental security income benefits under Title II and Title XVI of the Social Security Act. Magistrate Judge Gary M. Purcell issued a Report and Recommendation on May 29, 2014, doc. no. 16 (the Report), recommending that the Commissioner's decision be affirmed. The Report advised the parties of their right to file written objections to the Report and Recommendation by June 18, 2014. The Report also advised that failure to make timely objection to the Report waives appellate review of the recommended ruling. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

The court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of the Magistrate Judge as stated in the Report. The Commissioner's decision denying benefits is **AFFIRMED**.

Dated this 20th day of June, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0727p002.wpd